IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WRIGHT, III,

    Plaintiff,

v.                                                                                  4:24cv108–WS/MAF

URSULA DEAN,
OPERATIONS MGR., IRS
DEP'T OF TREASURY,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed April 22, 2024. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with court orders directing him to file an amended complaint on the proper form and to file a complete IFP application or pay the filing fee.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __14th__ day of __June__, 2024.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE